■ In the Matter of RACHEL B. ALINTOFF, Appellant, v BRYAN S. ALINTOFF, Respondent. [33 NYS3d 905]—

Appeal from an order of the Family Court, Kings County (Dean T. Kusakabe, J.), dated September 18, 2015. The order dismissed the mother's family offense petition on the ground of lack of jurisdiction.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the mother's contentions, the Family Court properly determined that it did not have jurisdiction to

entertain the mother's family offense petition because there is a child custody proceeding pending in New Jersey (*see* Domestic Relations Law § 76-b). The mother's family offense petition in New York gave rise to a "child custody proceeding" within the meaning of the Uniform Child Custody Jurisdiction and Enforcement Act, article 5-A of the Domestic Relations Law (Domestic Relations Law § 75-a [4]), as the order of protection sought by the mother against the father would have necessarily affected the parties' custody and visitation rights (*see Matter of Santiago v Riley*, 79 AD3d 1045 [2010]; *cf. Matter of Hassan v Silva*, 100 AD3d 753, 754-755 [2012]). Accordingly, the Family Court properly dismissed the mother's petition. Rivera, J.P., Leventhal, Hinds-Radix and Brathwaite Nelson, JJ., concur.